# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

SG Property Management Inc.　　　　　　Case No. 18-12818-KHK
　　　　　　　　　　　　　　　　　　　　(Chapter 11)

　　　Debtor

---

### ORDER FOR DEBTOR TO APPEAR AND
### SHOW CAUSE WHY CASE SHOULD
### NOT BE DISMISSED WITH PREJUDICE

To:　SG Property Management Inc.
　　　4192 Waterway Drive
　　　Dumfries, VA 22025

　　The Debtor filed this case as a voluntary Chapter 11 case on August 15, 2018. (Docket No. 1). This is the Debtor's second bankruptcy case since 2016. Debtor's previous case, Case No. 16-12197-BFK, was filed on 6/24/2016 and dismissed 7/14/2016 for failure to file all Schedules and Statement of Financial Affairs, Declaration About an Individual Debtor's Schedules and List of Equity Security Holders. A Notice of Deficient Filing was also issued for the Debtor's lack of representation by counsel.

　　In Debtor's current case, the debtor has once again failed to retain counsel and has filed its petition as a *pro se* debtor. Debtor has failed to file a Corporate Resolution, a List of 20 Largest Unsecured Creditors, and a Corporate Ownership Statement.

　　The Court, therefore, will set this case for a hearing on why this case should not be

1

dismissed with prejudice for up to one year. It is therefore

**ORDERED:**

1. This case is set for hearing on **Tuesday, August 28, 2018 at 9:30 am** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. The Debtor shall, with and by counsel, appear and show cause, if any, why this case should not be dismissed with prejudice.

3. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

Date: Aug 17 2018

/s/ Klinette Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: 8/17/2018

Copy mailed to:

SG Property Management Inc.
4192 Waterway Drive
Dumfries, VA 22025
*Pro Se Debtor*

Copy electronically to:

John P. Fitzgerald, III, U. S. Trustee